IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| DONNA DAVIS, | : | |
| PLAINTIFF, | : | CIVIL ACTION |
| v. | : | |
| UNITED STATES OF AMERICA, | : | NO. 22–2982 |
| DEFENDANT/THIRD-PARTY PLAINTIFF, | : | |
| v. | : | |
| LANA P. HENRY, M.D., *et al.*, | : | |
| THIRD-PARTY DEFENDANTS. | : | |

### ORDER

**AND NOW,** this 30th day of December, 2024, upon consideration of Defendant United States of America ("Defendant")'s Motion for Summary Judgment (ECF No. 81) it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** as follows:

1. Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

2. Defendant's claims against Third-Party Defendants are hereby **DISMISSED WITHOUT PREJUDICE.**

3. ECF Nos. 82 and 83 are **DISMISSED AS MOOT.**

4. The Clerk of Courts is directed to close this matter.

BY THE COURT:

_____
Hon. J. Mia Perez